UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NADINE R. SHAHAN,

    Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 15-cv-03402-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 12

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: August 31, 2015

_____
WILLIAM H. ORRICK
United States District Judge